MULVIHILL v. STAIGEL.

(Supreme Court, Appellate Term. June 24, 1910.)

LANDLORD AND TENANT (§ 196*)—LIABILITY FOR RENT—TENANT HOLDING OVER.

Where a considerable part of a tenant's belongings remain on the premises as late as the 3d day of the month succeeding that under which he occupied the premises and paid therefor, it is a holding over, rendering him liable for the rent for such succeeding month.

[Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. §§ 737–740; Dec. Dig. § 196.*]

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Appeal from Municipal Court, Borough of Manhattan, Eighth District.

Action by Matthew F. Mulvihill against Solomon Staigel. From a judgment for defendant, plaintiff appeals. Reversed.

Argued before SEABURY, GUY, and BIJUR, JJ.

Engel Bros., for appellant.

BIJUR, J. The action was for rent for the month of January, 1910. The defendant tenant occupied and paid for the premises in December, 1909. He said he was going to move out before the 1st of January; but it is uncontradicted that a considerable part of his belongings remained on the premises as late as January 3, 1910. Under these circumstances, there was a plain holding over for the month of January.

Judgment reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.